# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:05mj211

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| WILLIAM ALLEN BIRD. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned magistrate judge upon the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss is **ALLOWED,** and the above captioned action is **DISMISSED WITHOUT PREJUDICE.**

**Signed: November 14, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge